**Order entered September 14, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00298-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**JASON DEFON ARMSTRONG, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M1761288**

**ORDER**

Appellee Jason Defon Armstrong's September 9, 2020 Motion for Extension of Time to File Appellee's Brief and for Continuance of Submission Date is **GRANTED**. Appellee's brief is **ORDERED** filed on or before October 9, 2020.

It is further **ORDERED** that this case be removed from the September 22, 2020 submission docket and be re-set in due course.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE